UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>                    PLAINTIFF(S)<br>v.<br><br>WILLIAM LERACH, ET AL.,<br><br><br>                    DEFENDANT(S). | CASE NUMBER<br><br>CV _07-6947 (JTL)_<br><br><br>ORDER TO REASSIGN CASE<br>UPON RECUSAL MAGISTRATE JUDGE<br>☐ FOR DISCOVERY  ☒ PER GENERAL ORDER 194 |

The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason that Judge Lum was Chief of the Major Frauds Section of the United States Attorneys Office for the Central District of California during the time a criminal investigation involving the defendants was pending in the Major Frauds Section, HEREBY ORDERS the case reassigned by the Clerk in accordance with section 3.3 of General Order 224, and

IT IS FURTHER ORDERED that the Clerk serve copies of this order forthwith by first class mail on counsel for all parties appearing in this case.

DATED:   October 31, 2007

_/s/ Jennifer T. Lum_
JENNIFER T. LUM
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO COUNSEL FROM THE CLERK:**

This case has been randomly referred to Magistrate Judge ___Paul L. Abrams___.
On all documents subsequently filed in this case, substitute the initials ___PLA___ after the case number in place of the initials of the prior Magistrate Judge so that the case number will read as:   CV__07-6947 (PLA)__.
This is very important because documents are routed to the Magistrate Judge by means of the initials.

CV-110 (5/98)         ORDER TO REASSIGN CASE UPON RECUSAL MAGISTRATE JUDGE