LODGED          SEND   FILED

2007 OCT 25 PM 12:44      2007 DEC -6 PM 1:53

CLERK U.S. DISTRICT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

| | |
|---|---|
| INMATE # 40948-018 | CASE NUMBER |
| JONATHAN LEE RICHES | CV07- 6947 |
|       V.   PLAINTIFF(S) | |
| WILLIAM LERACH, ET AL; | ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FULL FILING FEE |
| DEFENDANT(S) | |

**IT IS ORDERED** that the complaint **be filed** without prepayment of the full filing fee.

**IT IS FURTHER ORDERED** that, in accordance with 28 U.S.C. § 1915, the prisoner-plaintiff owes the Court the total filing fee of 350.00. An initial partial filing fee of $ _____ Must be paid within thirty (30) days of the date this is filed. Failure to remit the initial partial filing fee may result in dismissal of your case. Thereafter, monthly payments shall be forwarded to the Court in accordance with 28 U.S.C. § 1915.

_____      _____
Date                                           United States Magistrate Judge

========================================================================

**IT IS RECOMMENDED** that the request of prisoner-plaintiff to file the action without prepayment of the full filing fee is: filing fee be **DENIED** for the following reason(s):

- [ ] Inadequate showing of indigency
- [✓] Legally and/or factually patently frivolous
- [ ] Failure to authorize disbursements from prison trust account to pay filing fee
- [ ] Other: _____

- [ ] District Court lacks jurisdiction
- [ ] Immunity as to _____
- [ ] Failure to provide certified copy of trust fund statement for the last six (6) months.

Comments:

_11/9/07_                 _/s/_
Date                                        United States Magistrate Judge

========================================================================

**IT IS ORDERED** that the request of prisoner-plaintiff to file the action without prepayment of the full filing fee is:
- [ ] **GRANTED**
- [✓] **DENIED** (See comments above).

NOV 3 0 2007
_____      _/s/_____
Date                                          United States District Judge

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM LERACH, ET AL.,<br><br>　　　　Defendants. | No. CV 07-6947　　(FFM)<br><br>ATTACHMENT TO ORDER DENYING PLAINTIFF'S APPLICATION TO FILE ACTION WITHOUT PRE-PAYMENT OF FILING FEE |

　　　Because plaintiff has requested leave to proceed *in forma pauperis*, the Court has screened the Complaint for the purpose of determining whether the action is frivolous or malicious; or fails to state a claim on which relief may be granted; or seeks monetary relief against a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2). The Court may dismiss an *in forma pauperis* complaint as factually frivolous if it is satisfied that the facts alleged are "clearly baseless." *Denton v. Hernandez*, 504 U.S. 25, 32-33, 112 S. Ct. 1728, 118 L. Ed. 2d 340 (1992); *see Minetti v. Port of Seattle*, 152 F.3d 1113, 1115 (9th Cir. 1998). Here, plaintiff alleges, among other things, that William Lerach is forcing him to file lawsuits against celebrities and that Mr. Lerach has threatened to turn plaintiff over to the "Jewish Mossad" through Interpol if he stops filing lawsuits. Plaintiff also alleges that Mr. Lerach is conspiring with the "Keebler elves" to hide ill gotten gains in redwood trees containing secret side doors.

/ / /

1 | Plaintiff's factual allegations do not state any claim under federal law and fall into the
2 | category of "fanciful" or "delusional" allegations where a finding of factual frivolousness
3 | has been recognized by the Supreme Court as appropriate. *Denton*, 504 U.S. at 33.